## STATEMENT OF FACTS

The facts in this affidavit come from my investigation and information obtained from other agents, witnesses, and agencies. This affidavit is intended merely to show that there is sufficient probable cause for issuance of a Criminal Complaint. It does not set forth the entirety of my knowledge, or the knowledge of others, about this matter.

On the morning of December 13, 2023, members of the Metropolitan Police Department ("MPD") arrested Tariq LASSITER (DOB: x/xx/xx, PDID: xxx-xxx). At approximately 1:40 a.m., MPD patrol officers entered the 200 block of 37th Place Southeast, Washington, D.C., which is known to MPD officers as a neighborhood plagued by gun violence. While driving a marked vehicle up the hill of 37th Place Southeast, officers recognized a black Infiniti parked in the block, which appeared consistent with a vehicle that had been stolen out of Baltimore City, Maryland (hereafter, the "Infiniti"). As the officers continued up the hill, the Infiniti spontaneously pulled away from the curb and drove down the hill at a high rate of speed towards the officers. To avoid a head-on collision, the officers quickly steered towards the opposite curb and away from the Infiniti. The Infiniti, too, suddenly veered away from the officers' vehicle, causing the Infiniti to lose control and collide into two parked vehicles.

The driver of the Infiniti, later identified as LASSITER, swiftly opened the door and fled on foot. No other individuals exited the vehicle, nor had anyone aside from the driver occupied the Infiniti immediately before its collision. Officers exited their unmarked vehicle and pursued the driver on foot while yelling, "Police! Stop running!" An investigator looked inside the Infiniti that had collided and observed a black firearm in the floorboard area of the driver's seat. Officers pursuing the driver were able to stop and apprehend him. The driver of the Infiniti verbally identified himself as Tariq LASSITER.

In a search of LASSITER's person incident to his arrest, officers recovered the Infiniti key fob inside his left cargo pants pocket. The key fob, when activated, audibly triggered the lock/unlock mechanism of the Infiniti. Officers querying the details of the Infiniti confirmed that it had in fact been stolen out of Baltimore City, Maryland.

The firearm recovered from within the Infiniti that LASSITER had been operating was a black Glock 22, .40 caliber semi-automatic firearm, bearing serial number RDD017. The firearm was equipped with a conversion device, rendering the handgun fully automatic, *i.e.*, a machine gun. The extended magazine that was inserted into the handgun was loaded with fifteen rounds of ammunition, and one live round was inside the chamber of the gun. The magazine itself had a twenty-two round capacity.

A criminal records check reveals that LASSITER was previously convicted of Kidnapping While Armed, Robbery While Armed, and two counts of Possession of a Firearm During a Crime of Violence in D.C. Superior Court case number 2017-CF3-449; he was sentenced to thirty-six months of incarceration to be followed by three years of supervised release. LASSITER also was previously convicted of Attempted Assault with a Dangerous Weapon (Firearm) and Unlawful Possession of a Firearm in D.C. Superior Court case number 2018-CF2-3475; he was sentenced in that matter to twenty-eight months of incarceration. Therefore, LASSITER would have been

aware at the time of his arrest in this case that he had multiple prior convictions for a crime punishable by a term of imprisonment of more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, I submit that there is probable cause to believe that LASSITER violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
ANTHONY FARRAR, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this* <u>13th</u> *day of December, 2023.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE